In the Matter of Simone D., Appellant. Kathleen Iverson, Respondent.

Submitted April 30, 2007; decided May 3, 2007

Motion by Disability Advocates, Inc. et al. for leave to file a brief amici curiae on the appeal herein granted. Three copies of the brief may be served and an original and 24 copies filed within seven days.